UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| TALLULAH KETCHUM, individually and ) <br> as guardian for C.T.I.,                )  <br>                                       )  <br>         Plaintiff,                    )  <br>    vs.                                )  <br>                                       )  <br> JOSHUA J. IRWIN,                      )  <br>                                       )  <br>         Defendant,                    )  <br>                                       )  <br> PRUDENTIAL INSURANCE COMPANY )  <br> OF AMERICA,                           )  <br>                                       )  <br>         Real Party in Interest.       )  <br>_____) | 3:16-cv-00184-HDM-WGC <br><br> **MINUTES OF THE COURT** <br><br> July 6, 2016 |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN     REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   Before the court is Real Party in Interest Prudential Insurance Company of America's (Prudential's) July 5, 2016, Motion for an Extension of Time to Serve Defendant Joshua J. Irwin. (ECF No. 11.)  Prudential seeks a sixty (60) day enlargement of the time to and including September 3, 2016, within which to serve the defendant.

   Prudential's motion (ECF No. 11) is **GRANTED NUNC PRO TUNC.**  The deadline for service of Plaintiff's complaint on the defendant is extended to and including **September 3, 2016.**

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK


By: _____/s/_____
        Deputy Clerk