# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TALLULAH KETCHUM, individually and as guardian for C.I., <br><br> Plaintiff, <br> vs. <br><br> JOSHUA J. IRWIN, and DOES I though X, <br> Defendants, <br><br> PRUDENTIAL INSURANCE COMPANY OF AMERICA, and ROE ENTITIES XI-XX, <br><br> Real Party in Interest. | 3:16-cv-00184-HDM-WGC <br><br> ORDER AND JUDGMENT |
| PRUDENTIAL INSURANCE COMPANY OF AMERICA, <br> Third Party Plaintiff, <br> vs. <br><br> TALLULAH KETCHUM, indivdually and as guardian for C.I., and JOSHUA J. IRWIN, <br> Third Party Defendants. | |

This action is before the Court on the complaint of plaintiff, Tallulah Ketchum, as guardian of Casey Tse hootsooi nii Irwin, regarding the entitlement to and distribution of insurance proceeds in the amount of $24,487.29, together with accrued interest, deposited by interested party, Prudential Insurance Company of

1

America, with the Court on December 1, 2016 (ECF No. 25), in this interpleader action. On December 1, 2016, interested party Prudential Insurance Company of America was dismissed from this action with prejudice (ECF Nos. 24, 25).

The plaintiff, Tallulah Ketchum, in her individual capacity, waived any entitlement to said proceeds on March 15, 2017 (ECF No. 31), and the defendant, Joshua Irwin, appearing in open court on March 20, 2018, (ECF No. 49), waived any entitlement to said proceeds. Both parties freely and voluntarily agreed to entry of Judgment in favor of Casey Tse hootsooi nii Irwin and against defendant, and a remand of this action to the Tenth Judicial District Court of the State of Nevada in and for the County of Churchill for further proceedings.

Therefore, Judgment is entered in favor of plaintiff, Tallulah Ketchum, as guardian of Casey Tse hootsooi nii Irwin, in the amount of $24,487.29, together with accrued interest and subject to an appropriate distribution from the trust account for payment of attorneys' fees and costs, and against defendant Joshua Irwin. All parties to bear their own costs and fees.

All monies held by the Clerk of the Court pursuant to the Certificate of Cash Deposit, (ECF No. 25), together with accrued interest, shall be disbursed to the Tenth Judicial District Court of the State of Nevada in and for the County of Churchill, Case Number 15-10DC-1358, 73 N. Maine Street Ste B, Fallon, Nevada 89406.

///
///
///

This action is remanded to the Tenth Judicial District Court of the State of Nevada in and for the County of Churchill for distribution in accordance with this order and judgment.

IT IS SO ORDERED.

DATED: This 18th day of April, 2018.

_____
UNITED STATES DISTRICT JUDGE

3